# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **3:17-CR-188** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| **VICTORIA KRAYNAK,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Kraynak's Motion for Compassionate Release because of the COVID-19 pandemic, **(Doc. 725)**, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction due to her failure to exhaust the BOP administrative remedies under §3582(c)(1)(A)(i).

2. Insofar as Kraynak is challenging any decision by the prison that she is not eligible for home confinement designation under the CARES Act, or seeking the court to direct the BOP to palce her in a RRC or home confinement, her motions, **(Docs. 736 & 737)**, are **DISMISSED** since the authority to make these determinations lie with the BOP Director and not the court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 16, 2020**
17-188-03-ORDER

1